

# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

June 2, 2015

Via E-mail: matt_feinstein@yahoo.com
Jgandhi575@gmail.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 07-001**

Dear Nature's Treatment of Illinois,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the materials submitted on May 28, 2015, the Division has approved your request to relocate your Medical Cannabis Dispensary to 973 Tech Drive, Milan, Illinois, 61264.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000012

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000013



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

October 23, 2015

Via E-mail: patrickbuck@gmail.com
matthewpromano@yahoo.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 10-002**

Dear Phoenix Farms of Illinois, LLC,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the materials submitted, the Division has approved your request to relocate your Medical Cannabis Dispensary to 1704 S. Neil, Champaign, Illinois, 61820.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000070

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please submit your updated registration packet to the Division within seven (7) calendar days from the date of this Notice. If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000071



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

May 29, 2015

Via E-mail: jfriedm@comcast.net
wemakdrugs@aol.com

**RE: <u>APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 27-002</u>**

Dear PDI Medical III,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the initial materials and the supplemental materials submitted on May 28, 2015, the Division has approved your request to relocate your Medical Cannabis Dispensary to 1623 Barclay Boulevard, Buffalo Grove, Illinois, 60089.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the <u>enclosed, locked facility</u> where medical cannabis will be stored by the

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

(k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000090



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

June 1, 2015

Via E-mail: mitch@theproofagency.com
bh@ngheimos.com

**RE: <u>APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 30-001</u>**

Dear NCC LLC,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the initial materials and the supplemental information submitted on May 26, 2015, the Division has approved your request to relocate your Medical Cannabis Dispensary to 975 Rohlwing Rd, Rolling Meadows, IL 60008.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

> Sec. 115. Registration of dispensing organizations.
>
> (c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:
>
> (6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the <u>enclosed, locked facility</u> where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000175

> dispensing organization.
> 410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000176



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JESSICA BAER**
**Director**
**Division of Professional Regulation**

June 7, 2018

Via E-mail: Teddy.Scott@pharmacannis.com
Jsunruhesq@comcast.net

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 31-001**

Dear Verilife,

The Department of Financial and Professional Regulation, Division of Professional Regulation, Medical Cannabis Unit ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the materials submitted, the Division has approved your request to relocate your Medical Cannabis Dispensary to 1816 S. Arlington Heights Rd, Arlington Heights, IL 60005.

The information and plans provided in your registration materials and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the registration materials, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Registration. 68 IAC 1290.510(a)(2).

If you have questions contact me at Tara.Meyer@illinois.gov or call at 312-814-1690.

Kind regards,

Tara Meyer

Tara Byrne Meyer
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000190

100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Tara.Meyer@illinois.gov



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

June 1, 2015

Via E-mail: brad@skyprocessing.com
ryan@rwgrealty.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 36-001**

Dear Future Transactions Holdings,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the initial materials and the supplemental information submitted on May 27, 2015, the Division has approved your request to relocate your Medical Cannabis Dispensary to 1140 Lake Street, Oak Park, Illinois, 60301.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000227

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

April 27, 2015

Via E-mail: steve@weismanbrothers.com
robertaweisman@gmail.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION**

Dear WCCC, LLC.,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. Upon review, the Division has conditionally approved your request to relocate your Medical Cannabis Dispensary to 8340 Roberts Road, Justice, IL 60458.

Please note that the materials submitted with WCCC, LLC.'s Request (Exhibit C) provide that display cases will be present in the dispensing area. The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000258

enclosed, locked facility where medical cannabis will be stored by the dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

(k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory, including samples, cannot be maintained or stored in a freestanding display case in the limited access area. Please make any necessary changes to your dispensary footprint to ensure compliance with these rules. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

June 1, 2015

Via E-mail: Tanya@waterandtrees.com
eric@tgscolorado.com

**RE: <u>APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 6-001</u>**

Dear TGS Illinois,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the initial materials and the supplemental materials submitted on May 28, 2015, the Division has approved your request to relocate your Medical Cannabis Dispensary to 501 West Northtown Road, Normal, Illinois, 61761.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the <u>enclosed, locked facility</u> where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000277



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

October 13, 2015

Via E-mail: rvfitzs@gmail.com
brett@bulldogre.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 8-001**

Dear NuMed Rx, LLC,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the materials submitted, the Division has approved your request to relocate your Medical Cannabis Dispensary to 504 Riverside Drive, East Peoria, Illinois 61611.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory, including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please submit your registration packet to the Division within seven (7) calendar days from the date of this Notice. If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at (312) 814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000326



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

June 1, 2015

Via E-mail: Tanya@waterandtrees.com
eric@tgscolorado.com

**RE: <u>APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 11-001</u>**

Dear TGS Illinois,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the initial materials and the supplemental materials submitted on May 28, 2015, the Division has approved your request to relocate your Medical Cannabis Dispensary to 2021 Goose Lake Road, Sauget, Illinois, 62206.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

> Sec. 115. Registration of dispensing organizations.
>
> (c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:
>
> (6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the <u>enclosed, locked facility</u> where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000369

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000370



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
Governor

**Bryan A. Schneider**
Secretary

**JAY STEWART**
Director
Division of Professional Regulation

April 3, 2015

Via E-mail: peter.gashkoff@gmail.com
pmango123@aol.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION**

Dear Mapleglen Care Center, LLC,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Medical Cannabis Dispensary Request to Change Proposed Dispensary Location Form. Upon review, the Division has approved your request to relocate your Medical Cannabis Dispensary to 4777 Stenstrom Road Rockford, Illinois 61109. As stated in the Administrative Rules, the information and plans provided in your Application and Request to Change Proposed Dispensary Location are both a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). Your Registry Identification Number is: 16 - 002. Please use this number on future communications with the Division.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000381

If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

May 20, 2015

Via E-mail: blansing@earthlink.net
c_wildrick@hotmail.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 20-001**

Dear Herbal Remedies, LLC.,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the initial materials and the supplemental materials submitted on May 15, 2015, the Division has approved your request to relocate your Medical Cannabis Dispensary to 4440 Broadway Avenue, Suite A, Quincy, Illinois, 62301.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

(k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

May 1, 2015

Via E-mail: Hugo@3CDispensary.com
Traci@3CDispensary.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 24-001**

Dear 3C Compassionate Care Center, LLC.,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review, the Division has approved your request to relocate your Medical Cannabis Dispensary to 1700 Quincy Avenue, Unit 103, Naperville, IL 60540.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000440

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000441



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

July 7, 2015

Via E-mail: mkhan@frontlinerepartners.com
mdarin@frontlinerepartners.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 25-001**

Dear Greenhouse Group,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the materials submitted, the Division has approved your request to relocate your Medical Cannabis Dispensary to 2400 W. U.S. Route 6, Morris, Illinois, 60450.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000553

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

June 3, 2015

Via E-mail: Veronica@northshorealternativetherapy.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 27-003**

Dear Northshore Alternative Therapy,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the initial materials and the supplemental materials submitted on May 26, 2015, the Division has approved your request to relocate your Medical Cannabis Dispensary to1460 Old Skokie Road, Highland Park, Illinois 60035.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the

enclosed, locked facility where medical cannabis will be stored by the dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000574



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

July 9, 2015

Via E-mail: Nicole@midwestcompassion.org
William@midwestcompassion.org

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 29-001**

Dear Midwest Compassion Center,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the materials submitted, the Division has approved your request to relocate your Medical Cannabis Dispensary to 1335 Lakeside Dr. Unit 4, Romeoville, Illinois, 60446.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the dispensing organization.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000618

410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

July 7, 2015

Via E-mail: Lesh@igm-llc.com
Paul@govnavigationgroup.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 42-001**

Dear Harborside Illinois Grown Medicine,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the materials submitted, the Division has approved your request to relocate your Medical Cannabis Dispensary to 1111 E. 87th Street, Chicago, Illinois, 60619.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the dispensing organization.

410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

December 8, 2015

Via E-mail: john@jpsullivanlaw.com
dhall@ricklevin.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 44-002**

Dear MedMar, Inc.,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the materials submitted, the Division has approved your request to relocate your Medical Cannabis Dispensary to 3812 N. Clark St., Chicago, Illinois 60613.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the enclosed, locked facility where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000759

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory, including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please submit your registration packet to the Division within the timeframe provided on your variance. If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at (312) 814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000760



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

June 11, 2015

Via E-mail: wings1954@comcast.net
Susan_meade@yahoo.com

**RE: <u>APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 46-001</u>**

Dear 420 Capital Management LLC,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the initial materials and the supplemental materials, the Division has approved your request to relocate your Medical Cannabis Dispensary to 6501 N. Western Ave., Chicago, IL 60645.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the <u>enclosed, locked facility</u> where medical cannabis will be stored by the



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000771

dispensing organization.
410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000772



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**Bryan A. Schneider**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

April 3, 2015

Via E-mail: Douglasrmarks@gmail.com
Dkmarks@gmail.com

**RE: APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION**

Dear Modern Cannabis, LLC,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location form. Upon review, the Division has approved your request to relocate your Medical Cannabis Dispensary to 2847 W Fullerton Avenue Chicago, Illinois 60622.

With this correspondence, the Division notifies you as follows:

- **Modern Cannabis, LLC stated in its request that the dispensary facility limited access area will maintain display cases which will store cannabis products.**
  The Division reminds you that all medical cannabis must be stored and secured in the restricted access area as defined in the administrative rules. The inventory, including samples, cannot be maintained or stored temporarily in a display case in the limited access area. The Division's Administrative Rules define a restricted access area as a building, room or other contiguous area under control of the dispensing organization and upon the registered premises with access limited to dispensary agents only, where cannabis is stored, packaged, sold or processed for sale. 68 IAC 1290.

- **Modern Cannabis, LLC, stated that the main floor will have three (3) point of sale cash registers.** A video camera or cameras recording at each point of sale location is required. 1290.410(h)(2)(d). Because Modern Cannabis, LLC intends to store cannabis and cash in a basement vault and send and receive product to and from the dispensary floor through a vacuum tube system, their point of sale transaction occurs in the basement. The Division's Administrative Rules require a video camera recording at the point of sale site in the basement and at the location where the product is transferred to the patient.

As stated in the Administrative Rules, the information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please be prepared to submit your registration packet as soon as practical, but no later than 120 days from the date provided on your Authorization Notice. 68 IAC 1290.100(b)(4). Your Registry Identification Number is: 48 - 001. Please use this number on future communications with the Division.

If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Bridget Carlson at 312-814-1690.

Kind regards,

Bridget M. Carlson

Bridget Carlson
Deputy Director of Medical Cannabis
Illinois Department of Financial &
Professional Regulation
100 W. Randolph St. – 9th Floor
Chicago, IL 60601
Bridget.Carlson@Illinois.gov



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000814



# Illinois Department of Financial and Professional Regulation

## Division of Professional Regulation

**BRUCE RAUNER**
**Governor**

**BRYAN A. SCHNEIDER**
**Secretary**

**JAY STEWART**
**Director**
**Division of Professional Regulation**

October 7, 2015

Via E-mail: Mandera@customco.com

**RE: <u>APPROVAL NOTICE – REQUEST TO CHANGE PROPOSED DISPENSARY LOCATION. REGISTRY ID NUMBER 48-002</u>**

Dear Custom Strains, LLC,

The Department of Financial and Professional Regulation, Division of Professional Regulation ("Division") received your Request to Change Proposed Dispensary Location ("Request") form and materials. After review of the materials submitted, the Division has approved your request to relocate your Medical Cannabis Dispensary to 1301 S. Western Avenue, Chicago, Illinois, 60608.

The Division reminds you that all medical cannabis and medical cannabis infused products must be stored and secured in the restricted access area as defined in the administrative rules. Please see Sec. 115 of the Compassionate Use of Medical Cannabis Pilot Program Act ("Act"), which provides in pertinent part as follows:

Sec. 115. Registration of dispensing organizations.

(c) When applying for a dispensing organization registration, the applicant shall submit, at a minimum, the following in accordance with Department of Financial and Professional Regulation rules:

(6) proposed operating by-laws that include procedures for the oversight of the medical cannabis dispensing organization and procedures to ensure accurate record keeping and security measures that are in accordance with the rules applied by the Department of Financial and Professional Regulation under this Act. The by-laws shall include a description of the <u>enclosed, locked facility</u> where medical cannabis will be stored by the dispensing organization.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000918

410 ILCS 130/115(c)(6)

Section 10(k) of the Act states as follows:

> (k) "Enclosed, locked facility" means a room, greenhouse, building, or other enclosed area equipped with locks or other security devices that permit access only by a ….. dispensing organization's agent working for the registered …. dispensing organization to ….. *store* and *distribute* cannabis for registered qualifying patients.
>
> 410 ILCS 130/10(k). *Emphasis added.*

In sum, cannabis must be stored and dispensed from an enclosed, locked facility accessible only to dispensary agents. While the dispensary is closed, dispensaries shall store all cannabis and currency in a secure locked safe or vault and in a manner as to prevent diversion, theft or loss. 68 Ill. Adm. Code 1290.410(c)(6). Therefore, inventory including samples, cannot be maintained or stored in a freestanding display case in the limited access area. See also the Division's Administrative Rules for a definition of a restricted access area. 68 IAC 1290.

The information and plans provided in your Application and Request to Change Proposed Dispensary Location are a condition of your Registration. Dispensing organizations have a duty to disclose material changes to the application, ownership structure or request to change a dispensary location. Failure to comply with the conditions in this Notice may result in the revocation of your Authorization. 68 IAC 1290.70(g).

Please submit your updated registration packet to the Division within seven (7) calendar days from the date of this Notice. If you have questions contact us at FPR.MedicalCannabis@illinois.gov or call Tara Byrne at 312-793-0484.

Sincerely,

Jay Stewart
Director, Division of
Professional Regulation
Department of Financial and
Professional Regulation
100 West Randolph, 9th Floor
Chicago, IL 60601
(312) 814-3443



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER DEF000919